IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SMITH,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>               Defendants. | CIVIL ACTION<br>NO. 15-931 |

## ORDER

**AND NOW**, this 19th day of January 2017, upon consideration of Plaintiff's Petition for Appointment of Counsel (Doc. No. 35), it is **ORDERED** that Plaintiff's Request is **GRANTED** consistent with the Prisoner Civil Rights Panel Program Description. It is **FURTHER ORDERED** as follows:

1. The Clerk of Court shall refer this matter to the Civil Rights Panel for appointment of counsel to represent Plaintiff.

2. The Clerk of Court shall mail to Plaintiff a copy of the Prisoner Civil Rights Panel Program Description.

3. The Clerk of Court shall place this case in **SUSPENSE** pending the appointment of counsel.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.